**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Andrew M. Sussman (SBN 112418)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:   (949) 553-2050
jal@gauntlettlaw.com
ams@gauntlettlaw.com

Attorneys for Plaintiffs Lopez Tax Service, Inc.,
Carlos C. Lopez, Kristeena S. Lopez, and Latino
Tax Professionals Association, LLC


Nicholas Ranallo (SBN 275016)
Attorney at Law
371 Dogwood Way
Boulder Creek, California 95006
Telephone:  (831) 703-4011
Facsimile:   (831-533-5073
nick@ranallolawoffice.com

Christopher E. Gatewood *[Pro Hac Vice Pending]*
THRESHOLD COUNSEL, PC
1905 Huguenot Road, Suite 200
Richmond, Virginia  23235
Telephone:  (804) 677-0947
Facsimile:   (804) 482-2641
chris@thresholdcounsel.com

Attorneys for Defendant The Income Tax School

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOPEZ TAX SERVICE, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE INCOME TAX SCHOOL, INC.,<br><br>　　　　　　　Defendant. | Case No.:  CV12-02654-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER  RE CONSOLIDATION AND DISMISSAL**<br><br>**[Civ. L.R. 7-12]** |

1    Pursuant to Civ. L.R. 7-12, Plaintiffs LOPEZ TAX SERVICE, INC., CARLOS C. LOPEZ, KRISTEENA S. LOPEZ and LATINO TAX PROFESSIONALS ASSOCIATION, LLC, (collectively "Lopez") and Defendant THE INCOME TAX SCHOOL, INC. ("ITS") hereby stipulate and agree to the following subject to the approval of the Court:

WHEREAS, the above-captioned lawsuit ("*Lopez* suit") and the action captioned: *The Income Tax School, Inc. v. Lopez Tax Service, Inc., et al.,* United States District Court, Northern District of California, Oakland Division, Case No. CV12-4181-JSW ("*ITS* suit") were previously deemed related to one another by this Court's Order entered August 22, 2012 [Docket No. 26]; and

WHEREAS, the *Lopez* suit and *ITS* suit involve common questions of law and fact within the meaning of Fed. R, Civ. P. 42; and

WHEREAS, Lopez and ITS have come to agreements concerning ITS' pending motion to dismiss the Complaint filed in the *Lopez* suit, and concerning the responsive pleadings to be filed in the *Lopez* and *ITS* suits;

NOW THEREFORE, subject to the approval of the Court Lopez and ITS agree to the following:

1. The *Lopez* suit and the *ITS* suit, previously deemed related to one another by this Court's Order entered August 22, 2012 [Docket No. 26], shall be and hereby are consolidated pursuant to Fed. R. Civ. P. 42, with the case number of the *Lopez* suit (No. CV12-02654-JSW) as the lead case number for the consolidated action.

2. The presently-pending motion [Docket No. 8] by ITS to dismiss, transfer or stay the first claim for declaratory relief re copyright infringement filed in the *Lopez* suit's Complaint is denied.

3. The presently-pending motion [Docket No. 8] by ITS to dismiss, transfer or stay the second claim for declaratory relief re disparagement filed in the *Lopez* suit's Complaint is deemed withdrawn without prejudice.

4. Lopez' second claim for declaratory relief re disparagement in its Complaint [Docket No. 1] filed in the *Lopez* suit is dismissed without prejudice.

5.  ITS shall file its answer and any other pleadings it deems necessary in response to the Complaint filed in the *Lopez* suit not later than October 17, 2012.

6.  Defendant Latino Tax Professionals Association, LLC (the sole remaining *ITS* suit defendant) shall file its answer and any other pleadings it deems necessary in response to the Complaint filed in the *ITS* suit not later than October 17, 2012.

Dated: October 2, 2012

**GAUNTLETT & ASSOCIATES**

By: /s/ Andrew M. Sussman
    David A. Gauntlett
    James A. Lowe
    Andrew M. Sussman

Attorneys for Plaintiffs
Lopez Tax Service, Inc., Carlos C. Lopez,
Kristeena S. Lopez, and Latino Tax Professionals
Association, LLC

Dated: October 2, 2012

Nicholas Ranallo, Attorney at Law

By: /s/ Nicholas Ranallo
    Nicholas Ranallo

Christopher E. Gatewood *[Pro Hac Vice Pending]*
THRESHOLD COUNSEL, PC
1905 Huguenot Road, Suite 200
Richmond, VA 23235
Telephone: (804) 677-0947
Facsimile: (804) 482-2641
chris@thresholdcounsel.com

Attorneys for Defendant
The Income Tax School, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____   _____
                                                        UNITED STATES DISTRICT JUDGE