UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: October 26, 2012                                Time in Court: 10 minutes

JUDGE: JEFFREY S. WHITE                    Court Reporter:   Connie Kuhl

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-12-2654  JSW

TITLE:  Lopez Tax Service, Inc., et al., v.  The Income Tax School, Inc.

COUNSEL FOR PLAINTIFF:                    COUNSEL FOR DEFENDANT:
Andrew Sussman                                     Nicholas Ranallo


PROCEEDINGS:   Case Management Conference


RESULTS:   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 11-2-12

Close of fact discovery:  6-3-13

Expert disclosure:  7-8-13

Close of expert discovery:  8-30-13

Hearing on dispositive motions (if any):  11-1-13 at 9:00 a.m.
If the parties plan to file cross-motions for summary judgment, they shall meet and confer and agree to a briefing schedule whereby:
• one party files an opening summary judgment motion by September 6, 2013
• the other party shall file its opposition and cross-motion by September 20, 2013
• the reply and opposition to the cross-motion is due by October 4, 2013
• the reply in support of the cross-motion is due by October 11, 2013

Pretrial Conference:  1-13-14 at 2:00 p.m.**

Bench Trial: 2-3-14 at 8:00 a.m. (5 day est.)

**Counsel are referred to the Judge White's Standing order:
*GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL BENCH CASES BEFORE THE HONORABLE JEFFREY S. WHITE*