| | |
|---|---|
| David A. Gauntlett (SBN 96399)<br>James A. Lowe (SBN 214383)<br>Andrew M. Sussman (SBN 112418)<br>GAUNTLETT & ASSOCIATES<br>18400 Von Karman, Suite 300<br>Irvine, California  92612<br>Telephone:  (949) 553-1010<br>Facsimile:   (949) 553-2050<br>jal@gauntlettlaw.com<br>ams@gauntlettlaw.com<br><br>Attorneys for Plaintiffs Lopez Tax Service, Inc., Carlos C. Lopez, Kristeena S. Lopez, and Latino Tax Professionals Association, LLC<br><br>William Fenwick<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, California 94041<br>Telephone:  (650) 335-7200<br>Fax: (650) 938-5200<br>BFenwick@fenwick.com<br><br>Early Neutral Evaluator | Nicholas Ranallo (SBN 275016)<br>NICHOLAS RANALLO, ATTORNEY AT LAW<br>371 Dogwood Way<br>Boulder Creek, California 95006<br>Telephone:  (831) 703-4011<br>Facsimile:   (831-533-5073<br>nick@ranallolawoffice.com<br><br>Christopher E. Gatewood *[Pro Hac Vice ]*<br>THRESHOLD COUNSEL, PC<br>1905 Huguenot Road, Suite 200<br>Richmond, Virginia  23235<br>Telephone:  (804) 677-0947<br>Facsimile:   (804) 482-2641<br>chris@thresholdcounsel.com<br><br>Attorneys for Defendant The Income Tax School |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOPEZ TAX SERVICE, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THE INCOME TAX SCHOOL, INC.,<br><br>　　　　　Defendant. | Case No.: CV12-02654-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER  TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE**<br><br>**[Civ. L.R. 7-12]** |

1  Pursuant to Civ. L.R. 7-12, Plaintiffs LOPEZ TAX SERVICE, INC., CARLOS C. LOPEZ,
2  KRISTEENA S. LOPEZ and LATINO TAX PROFESSIONALS ASSOCIATION, LLC,
3  (collectively "Lopez"), Defendant THE INCOME TAX SCHOOL, INC. ("ITS"), and Early Neutral
4  Evaluator William A. Fenwick ("Evaluator") hereby stipulate and agree to request an extended
5  deadline to complete Early Neutral Evaluation in this case. This stipulation is based on the
6  following:

7  1) Following depositions taken by each side in January, and the exchange of certain
8  documents in discovery, the Parties and counsel for Lopez's insurer met and participated in the Early
9  Neutral Evaluation ("ENE") process on January 29, 2013.

10  2) At that ENE session, the Parties and Evaluator agreed that any meaningful evaluation
11  would require document discovery and review, so that ITS could more completely present its
12  preliminary case for infringement, and so that Lopez could have an opportunity to respond to that
13  case.

14  3) The Parties, their counsel, and the Evaluator have agreed to continue the ENE
15  process, as follows: On or before March 31, 2013, ITS will submit to the Evaluator, counsel for
16  Lopez, and participating counsel for Lopez's insurer, a chart summarizing its claims of infringement
17  (work by work) versus the Lopez works, and supporting documentation. On or before April 30,
18  2013, Lopez will submit to the Evaluator, counsel for ITS, and participating counsel for Lopez's
19  insurer, the Lopez response.

20  4) Thereafter, the Evaluator will submit his findings to the Parties and to participating
21  counsel for Lopez's insurer, in a report via email. The Parties and the Evaluator anticipate that this
22  process will be complete on or before the discovery cutoff date of June 3, 2013.

STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: February 26, 2013 | GAUNTLETT & ASSOCIATES |
| 2 | | By: /s/ James A. Lowe |
| | |     David A. Gauntlett |
| 3 | |     James A. Lowe |
| | |     Andrew M. Sussman |
| 4 | | |
| | | Attorneys for Plaintiffs |
| 5 | | Lopez Tax Service, Inc., Carlos C. Lopez, Kristeena S. Lopez, and Latino Tax Professionals |
| 6 | | Association, LLC |

Dated: February 26, 2013      NICHOLAS RANALLO, ATTORNEY AT LAW
By: /s/ Nicholas Ranallo
    Nicholas Ranallo
    371 Dogwood Way
    Boulder Creek, CA 95006

Christopher E. Gatewood *[Pro Hac Vice]*
THRESHOLD COUNSEL, PC
1905 Huguenot Road, Suite 200
Richmond, VA 23235

Attorneys for Defendant
The Income Tax School, Inc.

Dated: February 27, 2013      FENWICK & WEST, LLP

By: /s/
    William Fenwick
    801 California Street
    Mountain View, California 94041
    Telephone: (650) 335-7200
    Fax: (650) 938-5200

Early Neutral Evaluator

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 1, 2013

_____
UNITED STATES DISTRICT JUDGE