IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOPEZ TAX SERVICE, INC., et al.,

    Plaintiffs,

v.

THE INCOME TAX SCHOOL, INC.,

    Defendant.

No. C 12-02654 JSW

**AMENDED ORDER STRIKING MOTION**

In violation of this Court's Standing Order, on June 3, 20113, Defendant The Income Tax School, Inc. filed a motion to permit supplementation of its discovery responses. Defendant filed this motion in violation of this Court's Standing Order regarding discovery disputes, which requires that all requests for discovery relief must be summarized jointly by the parties in a letter brief in no longer than eight pages. (Standing Order ¶ 8.) The joint letter brief must attest that prior to filing the request for relief counsel met and conferred, and must concisely summarize those remaining issues that counsel were unable to resolve. (*Id*.) Accordingly, the Court STRIKES Defendant's motion to permit supplementation of its discovery responses.

**IT IS SO ORDERED.**

Dated: June 5, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE