IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ TAX SERVICE, INC., et al., | Case No.: C-12-02654 JSW (JSC) |
| Plaintiffs, | **ORDER RE: JOINT DISCOVERY LETTER (Dkt. No. 62)** |
| v. | |
| INCOME TAX SCHOOL, INC., | |
| Defendant. | |

The Court is in receipt of the parties' joint discovery letter concerning the Income Tax School, Inc.'s interrogatory answers. (Dkt. No. 62.) The Court hereby schedules a hearing on the parties' joint letter for August 1, 2013 at 9:00 a.m. in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate Ave., San Francisco, California.

In addition, the Court orders that the parties submit any remaining discovery disputes in a joint letter format by Friday, July 19, 2013. Further, the Court will not hear any discovery dispute that was not initially raised in the parties' joint discovery letter of June 10, 2013.

IT IS SO ORDERED.

Dated: July 17, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE