| | |
|---|---|
| 1 | **GAUNTLETT & ASSOCIATES**<br>David A. Gauntlett (SBN 96399) |
| 2 | James A. Lowe (SBN 214383)<br>18400 Von Karman, Suite 300 |
| 3 | Irvine, California  92612<br>Telephone:     (949) 553-1010 |
| 4 | info@gauntlettlaw.com<br>jal@gauntlettlaw.com |
| 5 | |
| 6 | Attorneys for Plaintiffs<br>LOPEZ TAX SERVICE, INC., CARLOS C. |
| 7 | LOPEZ, KRISTEENA S. LOPEZ, and LATINO<br>TAX PROFESSIONALS ASSOCIATION, LLC |
| 8 | Nicholas Ranallo, Esq. (SBN 275016) |
| 9 | Attorney at Law<br>371 Dogwood Way |
| 10 | Boulder Creek, California 95006<br>Telephone: (831) 703-4011 |
| 11 | nick@ranallolawoffice.com |
| 12 | Christopher E. Gatewood *[Pro Hac Vice]*<br>THRESHOLD COUNSEL, PC |
| 13 | 1905 Huguenot Road, Suite 200<br>Richmond, Virginia  23235 |
| 14 | Telephone:  (804) 677-0947<br>chris@thresholdcounsel.com |
| 15 | Attorneys for Defendant |
| 16 | THE INCOME TAX SCHOOL, INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 20 | LOPEZ TAX SERVICE, INC., a California corporation, CARLOS C. LOPEZ, an individual, KRISTEENA S. LOPEZ, an individual, and LATINO TAX PROFESSIONALS ASSOCIATION, LLC, a California limited liability company, | ) Case No.  CV12-02654-JSW-JSC<br>) (Consolidated with Case No. CV12-04181-JSW)<br>)<br>) Hon. Jacqueline S. Corley<br>)<br>) **STIPULATION AND [PROPOSED]** |
| 23 | Plaintiffs, | ) **ORDER TO EXTEND HEARING DATE**<br>) |
| 24-25 | vs. | ) **[Civ. L.R. 7-12]**<br>) |
| 26 | THE INCOME TAX SCHOOL, INC., a Virginia corporation, | )<br>) |
| 27 | Defendant. | ) |

177712.1-10654-002-7/22/2013 10:16 AM

**STIPULATION TO EXTEND HEARING DATE**
**– CV12-02654-JSW-JSC**

Pursuant to Civ. L.R. 7-12, Plaintiffs LOPEZ TAX SERVICE, INC., CARLOS C. LOPEZ, KRISTEENA S. LOPEZ and LATINO TAX PROFESSIONALS ASSOCIATION, LLC, (collectively "Lopez") and Defendant THE INCOME TAX SCHOOL, INC. ("ITS") hereby stipulate and agree to the following subject to the approval of the Court:

WHEREAS, on July 17, 2013, this Court entered an Order [ECF 63] setting a hearing date on the parties' joint letter for August 1, 2013 at 9:00 a.m. in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate Ave., San Francisco, California.

WHEREAS, Lopez and ITS have agreed to a settlement which will include dismissal of this action.

WHEREAS, the parties require a brief period to complete the settlement documents and take other necessary actions before moving to dismiss the case but that should be completed within approximately 45 days.

NOW THEREFORE, subject to the approval of the Court, Lopez and ITS agree to the following:

The hearing currently set for August 1, 2013 be extended for a period of 45 days pending consummation of the parties' settlement agreement.

Dated: July 22, 2013        **GAUNTLETT & ASSOCIATES**

By: /s/ James A. Lowe
    David A. Gauntlett
    James A. Lowe

Attorneys for Plaintiffs
Lopez Tax Service, Inc., Carlos C. Lopez,
Kristeena S. Lopez, and Latino Tax Professionals
Association, LLC

Dated: July 22, 2013        Nicholas Ranallo, Attorney at Law

By: /s/ Nicholas Ranallo
    Nicholas Ranallo

Christopher E. Gatewood *[Pro Hac Vice]*
THRESHOLD COUNSEL, PC

Attorneys for Defendant
The Income Tax School, Inc.

1

2  PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing is continued to
   September 5, 2013 at 9:00 a.m.
3
   Dated: _____July 23, 2013_____        _____*Jacqueline S. Corley*_____
4                                             Jacqueline S. Corley
                                              United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28