| | |
|---|---|
| 1 | **GAUNTLETT & ASSOCIATES** |
| | David A. Gauntlett (SBN 96399) |
| 2 | James A. Lowe (SBN 214383) |
| | 18400 Von Karman, Suite 300 |
| 3 | Irvine, California  92612 |
| | Telephone:     (949) 553-1010 |
| 4 | info@gauntlettlaw.com |
| | jal@gauntlettlaw.com |
| 5 | |
| | Attorneys for Plaintiffs |
| 6 | LOPEZ TAX SERVICE, INC., CARLOS C. |
| | LOPEZ, KRISTEENA S. LOPEZ, and LATINO |
| 7 | TAX PROFESSIONALS ASSOCIATION, LLC |
| | |
| 8 | Nicholas Ranallo, Esq. (SBN 275016) |
| | Attorney at Law |
| 9 | 371 Dogwood Way |
| | Boulder Creek, California 95006 |
| 10 | Telephone:     (831) 703-4011 |
| | nick@ranallolawoffice.com |
| 11 | |
| | Christopher E. Gatewood |
| 12 | THRESHOLD COUNSEL, PC |
| | 1905 Huguenot Road, Suite 200 |
| 13 | Richmond, Virginia  23235 |
| | Telephone:     (804) 677-0947 |
| 14 | chris@thresholdcounsel.com |
| 15 | Attorneys for Defendant |
| | THE INCOME TAX SCHOOL, INC. |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LOPEZ TAX SERVICE, INC., a California corporation, CARLOS C. LOPEZ, an individual, KRISTEENA S. LOPEZ, an individual, and LATINO TAX PROFESSIONALS ASSOCIATION, LLC, a California limited liability company,<br><br>                        Plaintiffs,<br><br>     vs.<br><br>THE INCOME TAX SCHOOL, INC., a Virginia corporation,<br><br>                        Defendant. | Case No.  CV12-02654-JSW-JSC<br><br>(Consolidated with Case No. CV12-04181-JSW)<br><br>Hon. Jeffrey S. White<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>**[Civ. L.R. 7-7(e) and 7-12]** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs LOPEZ TAX SERVICE, INC., CARLOS C. LOPEZ, KRISTEENA S. LOPEZ and LATINO TAX PROFESSIONALS ASSOCIATION, LLC, (collectively "Lopez") and Defendant THE INCOME TAX SCHOOL, INC. ("ITS") hereby stipulate to the dismissal with prejudice of all claims and counterclaims in the above-entitled consolidated actions and agree to waive all appeals from the dismissal of this action pursuant to this stipulation. Each party shall bear its own attorneys' fees and costs.

Dated: September 16, 2013        **GAUNTLETT & ASSOCIATES**

By: /s/ James A. Lowe
    David A. Gauntlett
    James A. Lowe

Attorneys for Plaintiffs
Lopez Tax Service, Inc., Carlos C. Lopez,
Kristeena S. Lopez, and Latino Tax Professionals
Association, LLC

Dated: September 16, 2013        Nicholas Ranallo, Attorney at Law

By: /s/ Nicholas Ranallo
    Nicholas Ranallo

Christopher E. Gatewood
THRESHOLD COUNSEL, PC

Attorneys for Defendant
The Income Tax School, Inc.

PURSUANT TO STIPULATION AND AGREEMENT OF THE PARTIES, IT IS SO ORDERED.

Dated: September 24, 2013        _____
                                 Jeffrey S. White
                                 United States District Judge